[No. 60371-0-I. Division One. August 4, 2008.]

ROBERT J. CARLSON ET AL., *Appellants*, v. THE INNIS ARDEN CLUB, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-06819-0, Charles W. Mertel, J., entered June 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60548-8-I. Division One. August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN JEFFREY BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03785-1, Bruce W. Hilyer, J., entered September 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60567-4-I. Division One. August 4, 2008.]

JONATHAN M. McCLAIN ET AL., *Appellants*, v. ALAN F. HALL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-02601-9, Anita L. Farris, J., entered August 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60596-8-I. Division One. August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SIR JESSE RANDALL HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09182-1, Bruce W. Hilyer, J., entered September 6, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.